IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:07CR99 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| STEVEN MARK DENNIS, | ) | |
| aka/STEVE DENNIS. | ) | **WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL
and Invesco Aim Investment Services, Inc.:

A judgment was entered on June 5, 2008, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Steven Mark Dennis, aka/Steve Dennis, whose last known address is Indian Trail, North Carolina, in the sum of $438,856.02. The balance on the account as of July 2, 2008, is $433,656.02.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Invesco Aim Investment Services, Inc. is commanded to **turn over property** in which the defendant, Steven Mark Dennis, aka/Steve Dennis, has a substantial nonexempt interest, the said property being funds located in Invesco Aim Investment Services Inc. accounts including, but not limited to, account number XXXXXX8113 in the name of Steven Mark Dennis, aka/Steve Dennis, at the following address: Invesco Aim Investment Services, Inc., 11 Greenway Plaza, Suite 100, Houston, Texas 77046, telephone number 713-626-1919, Attention: Stephen R. Rimes, Attorney.

Signed: July 7, 2008

_____
Frank G. Johns, Clerk
United States District Court